

OFFICE OF THE SECRETARY OF STATE

STATE OF OKLAHOMA

# CERTIFICATE
# OF
# LIMITED LIABILITY COMPANY

*WHEREAS*, the Articles of Organization of

**SAI, LLC**

an Oklahoma limited liability company has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.

*NOW THEREFORE, I*, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.

*IN TESTIMONY WHEREOF, I* hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.



*Filed in the city of Oklahoma City this 2nd day of March, 2009.*

_____
Secretary of State