## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) ASHVINKUMAR PATEL, )<br>2) KAMUBEN PATEL, )<br>  )<br>   Plaintiffs, )<br>  )<br>v. )<br>  )<br>1) ARVINDBHAI C. PATEL, )<br>2) NAYANABEN PATEL, )<br>3) SAI, LLC, )<br>4) ANK, LLC )<br>5) RAJENDRA K. PATEL )<br>6) MINA PATEL )<br>7) DURANT HOSPITALITY, INC. )<br>8) PREMIER HOSPITALITY )<br>MANAGEMENT, INC. )<br>  )<br>   Defendants. )<br>  ) | Case No. CIV-16-846-F |

## **VOLUNTARY DISMISSAL**
## **WITHOUT PREJUDICE**

The Plaintiffs herein, Arvindbhai C. Patel, and Nayanaben Patel, by and through their attorney of record, Jon McLanahan, and hereby dismiss their claims against the Defendants, without prejudice to the re-filing of a future action thereon.

Dated this _____ day of July, 2016.

                                                Respectfully submitted,

                                                /s/ Jon McLanahan
                                                Jon McLanahan, OBA No. 12777
                                                McLANAHAN LAW FIRM, PLLC

P.O. Box 31925
Edmond, Oklahoma 73003
Telephone:     (405) 217-0064
Facsimile:     (405) 341-7006
ATTORNEYS FOR PLAINTIFF
JURY TRIAL DEMANDED
ATTORNEY LIEN CLAIMED
    Edmond, OK  73013
    (405)  340-8968
    Attorney for Plaintiff

CERTIFICATE OF SERVICE

    This is to certify that on this ____day of June, 2007, a true and correct copy of the above and foregoing Dismissal Without Prejudice was mailed, postage prepaid, to:

Charles Anthony Meyers
711 South Husband Street
Stillwater, OK 74074

Trace Morgan
711 South Husband Street
Stillwater, OK 74074

                                                                _____
                                                                 Jon McLanahan